IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB -7  AM 11: 37

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 1:16-CR-047-O-BL-2 |
| | § | |
| | § | |
| TROY LEE APPLIN, JR. | § | |

## REPORT AND RECOMMENDATION

**TROY LEE APPLIN, JR.** by consent, under authority of <u>United States v. Dees</u>, 125 F.3d
261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea
of guilty to the Indictment. After cautioning and examining **TROY LEE APPLIN, JR.** under oath
concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was
knowledgeable and voluntary and that the offenses charged are supported by an independent basis
in fact containing each of the essential elements of such offense. I therefore recommend that the
plea of guilty be accepted and that **TROY LEE APPLIN, JR.** be adjudged guilty and have
sentence imposed accordingly.

Date:   February 7, 2017.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).